# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1570
LT Case No. 2008-CF-017634-B

_____

MICHAEL JONES,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Jeb T. Branham, Judge.

Michael Jones, Cross City, pro se.

No Appearance for Appellee.

October 21, 2025

PER CURIAM.

    AFFIRMED.

LAMBERT, EISNAUGLE, and MACIVER, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————